UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KHALID Y. HAMIDEH, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0039-B |
| | § | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. 12). The Court **GRANTS** the Motion and **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**.

**SIGNED: February 23, 2023**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -